PROB 12B
(7/93)

Report Date: October 19, 2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: David Allen Olson | Case Number: 2:07CR00140-001 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence:  6/18/2008 | Type of Supervision:  Supervised Release |
| Original Offense: Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced:  6/10/2011 |
| Original Sentence: Prison - 41 Months; TSR - 36 Months | Date Supervision Expires:  6/9/2014 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18     You may complete a mental health evaluation and follow the treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court.  You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.

### CAUSE

On June 19, 2008, the offender was sentenced to 41 months imprisonment followed by 3 years supervised release on Count 1.  His term of supervised release commenced on June 10, 2011.  While on supervised release, the offender has maintained employment, he has been progressing through the phase UA program without any positive tests, and successfully completed substance abuse treatment.

The offender has approached this officer for help regarding anger management issues.  He reported that little events in his life cause him to become very angry and he would like to learn some tools to address this anger.  Currently, the offender is not ordered to participate in mental health treatment or undergo a mental health evaluation as a condition of supervised release.  Therefore, the undersigned is petitioning the Court to modify the offender's conditions of supervised release as recommended above.

It is noted, this petition is not being made because the offender has violated the Court's conditions, nor as a sanction to manage noncompliant behavior.  To date, the undersigned officer has no information indicating that the offender has violated the terms and conditions of his supervised release.  The intent for modification is to assist the offender

in addressing his anger management and in an attempt to contribute to the offender's continued compliance and successful completion of supervised release. The undersigned officer discussed with the offender, and feels it is appropriate, that he have the option to discontinue services at any time, as this is not a response to noncompliant behavior nor a sanction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

s/ Edward F. Shea

Signature of Judicial Officer

**October 19, 2012**

Date